UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA



IN RE: REDPEN PROPERTIES, LLC            CASE NUMBER 3:08-CV-788

ORDER ON MOTION TO DISMISS APPEAL

Upon considering the appellant's Motion to Dismiss Appeal and the representations made therein;

IT IS ORDERED that the appeal in the above captioned matter be and is hereby dismissed.

Signed this 3 day of ~~January~~ February, 2009, Baton Rouge, Louisiana.

UNITED STATES JUDGE
MIDDLE DISTRICT OF LOUISIANA

RESPECTFULLY SUBMITTED

s/Pamela Magee
PAMELA MAGEE, BAR #17476
7922 WRENWOOD BLVD, STE B
BATON ROUGE, LA 70809
PHONE: 225.925.8770
p.magee@att.net email

USBC certified copy